UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KITRUS BINION, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 1:16-cv-01632-SEB-TAB |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

**Entry Dismissing Action and Directing Entry of Final Judgment**

**I.**

Kitrus Binion sought relief from his conviction in No. 1:01-cr-00133-SEB-TAB-1 based on the decision in *Johnson v. United States*, 135 S. Ct. 2551, 2557 (2015), but over the course of time has abandoned that claim. Most recently, he was given through April 19, 2017 in which to either file a motion to dismiss this action or notify the Court of his intention to pursue his *Johnson* claim. Because the deadline has passed and he has done neither, this action is dismissed for failure to prosecute.

**II.**

Judgment consistent with this Entry shall now issue.

A copy of this Entry shall be docketed in the underlying criminal action, No. 1:01-cr-00133-SEB-TAB-1.

**III.**

Given the circumstances of the disposition, a certificate of appealability shall not be issued.

IT IS SO ORDERED.

Date: 8/17/2017

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

KITRUS BINION
03414-028
ATLANTA - USP
ATLANTA U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 150160
ATLANTA, GA 30315

Sara J. Varner
INDIANA FEDERAL COMMUNITY DEFENDERS
sara.varner@fd.org

James Robert Wood
UNITED STATES ATTORNEY'S OFFICE
bob.wood@usdoj.gov